UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-CR-176 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| CHIEU K. TRAN | ) | |

## **MOTION TO WITHDRAW**

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Kathryn W. Booth, and moves the Court to withdraw as attorney of record in this case. Conflicting duties will prevent the undersigned attorney from participating in the trial of this case, which is currently set on May 9, 2023. AUSA Stephanie N. Toussaint will remain as counsel of record in the case.

WHEREFORE, the United States respectfully requests that Kathryn W. Booth be terminated as counsel of record in the case.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/ Kathryn W. Booth*
KATHRYN W. BOOTH
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing has been served on opposing counsel via the CM/ECF electronic delivery system on this the 24th day of February, 2023.

                                        *s/ Kathryn W. Booth*
                                        KATHRYN W. BOOTH
                                        Assistant U. S. Attorney